# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>D/C EXPORT & DOMESTIC PACKING, INC.,<br><br>　　　Defendant. | Case No. 17-cv-9195 |

## PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff Travelers Property Casualty Company of America, by and through undersigned counsel, hereby dismisses the captioned matter against Defendant D/C Export & Domestic Packing, Inc., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ James F. Baffa
Matthew S. Ponzi
mponzi@fgppr.com
James F. Baffa
jbaffa@fgppr.com
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
(312) 863-5000

Attorneys for Defendant Travelers Property Casualty Company of America